IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.     :    No. CR-2-08-097(1)
                                  JUDGE SMITH

RUDY E. TIRADO

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR
21 U.S.C. §846

1. ELEMENTS: 21 U.S.C. §846

First: That the defendant conspired to distribute over 5 kilograms of cocaine;

Second: That the conspiracy described in the Indictment was willfully formed, and was existing at or about the time alleged;

Third: That the defendant willfully became a member of the conspiracy;

Fourth: That said agreement existed in whole or in part, at or about the time alleged, in the Southern District of Ohio.

## 2. PENALTIES

A. Mandatory Minimum:   Ten years imprisonment.

B. Possible Maximum:   Life imprisonment, a fine of $4,000,000, a 5 year term of supervised release, and $100 special assessment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Kevin W. Kelley
KEVIN W. KELLEY (0042406)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard
Suite 200
Columbus, Ohio  43215
(614) 469-5715
Fax:  (614) 469-5653
Kevin.Kelley @usdoj.gov