# United States District Court
## for
## Southern District of Ohio

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Rudy Elvin Tirado**         Case Number: **2:08CR00097**

Name of Sentencing Judicial Officer:   **The Honorable George C. Smith**
**United States Senior District Judge**
**Southern District of Ohio**

Date of Original Sentence:   **November 18, 2009**

Original Offense:   **Conspiracy to Distribute Over 5 Kilograms of Cocaine, in Violation of Title 21 U.S.C. §846**

Original Sentence:   **Forty-six (46) months imprisonment, to be followed by a term of sixty (60) months of supervised release**

Type of Supervision: **Supervised Release**

Date Supervision Commenced: **November 18, 2011**

## PETITIONING THE COURT

☐ To extend the term of supervision for --- years, for a total term of --- years.
☒ To modify the conditions of supervision as follows:

**"The offender shall complete Domestic Violence counseling at the discretion of the United States of Probation Officer."**

### CAUSE

A previously submitted 12A petition was reviewed and approved by Your Honor on April 6, 2015. In review, on February 21, 2015, Rudy E. Tirado was arrested by the Columbus Police Officers and charged with Domestic Violence and Assault (case no.2015CRB 004029), both misdemeanors of the first degree. On July 16, 2015, the offender pled guilty to an amended charge of Criminal Mischief, a misdemeanor of the first degree and was sentenced to 4 days in jail, followed by 2

PROB 12B
(12/98)
Re: Tirado, Rudy Elvin
Case No.: 0648 2:08CR00097

2

years of community control. Additionally, he was ordered to pay a $150 fine, enroll in counseling, and a stay away order was established.

Subsequent contact with the victim has been initiated by the supervising probation officer and she reports no further incidents. Since the episode, the offender has established his own personal residence and continues to be employed. Additionally, the couple is currently involved in divorce proceedings. Furthermore, a five-year civil protection order has been established.

Respectfully submitted by,

*Vanessa S. Fletcher*
Vanessa S. Fletcher
U. S. Probation Officer
November 6, 2015

Approved and Reviewed by,

*Robert A. Taylor, Sr.*
Robert A. Taylor, Sr.
Supervising U. S. Probation Officer
November 6, 2015

---

THE COURT ORDERS:

☐ No Action

☐ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above

☐ Other

*George C. Smith*
Signature of Judicial Officer

11/10/2015
Date

PROB 49
(3/89)

# United States District Court

## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The offender shall complete Domestic Violence counseling at the discretion of the United States of Probation Officer."

Witness _____    Signed _____
(U.S. Probation Officer)                           (Probationer or Supervised Releasee)

10/8/2015
(Date)